IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| STARR L. BAUMGARTNER, | ) |
| Plaintiff, | ) CIVIL ACTION NO.:3:15-cv-00648-BBC |
| - against - | ) |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

---

## ORDER

The Court, having read the Petition of CHARLES E. BINDER, attorney for the Plaintiff in the above entitled case, dated the 6th day of February, 2017 for an award of attorney fees in accordance with 42 U.S.C. §406(b), and upon all the supporting documents annexed hereto,

**IT IS ORDERED** that attorney fees be granted in the amount of $11,000.00, which represents less than 25% ($16,367.95) of the past due benefits awarded to the Plaintiff, be remitted to CHARLES E. BINDER, petitioner. Upon receipt of this sum, counsel for Plaintiff is directed to remit the previously awarded Equal Access to Justice Act fees of $4,250.00 directly to the Plaintiff. Nothing in this order will preclude Plaintiff's duly appointed representative(s) from requesting fees under 406(a) for time spent handling Plaintiff's case before the Social Security Administration providing that the combined fees approved under 406(a) and 406(b) does not exceed $16,367.95, which represents 25% of the retroactive benefits awarded to the Plaintiff.

Entered: FEBRUARY 28, 2017

_____
HONORABLE Barbara B. Crabb
United States District Judge